TRIPP, Respondent, v. BOOTH, Appellant. (Supreme Court, Appellate Division, Third De-

partment. March 2, 1904.) Action by Madison B. Tripp against David S. Booth. No opinion. Judgment affirmed, with costs.